Matter of Attorneys In Violation of Judiciary Law § 468-a (2022 NY Slip Op 06621)

Matter of Attorneys In Violation of Judiciary Law § 468-a

2022 NY Slip Op 06621

Decided on November 18, 2022

Appellate Division, Fourth Department

Per Curiam

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on November 18, 2022
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: WHALEN, P.J., PERADOTTO, NEMOYER, WINSLOW, AND MONTOUR, JJ. (Filed Nov. 18, 2022.) 

&em;

[*1]MATTER OF ATTORNEYS IN VIOLATION OF JUDICIARY LAW § 468-a AND 22 NYCRR 118.1, RESPONDENTS. ATTORNEY GRIEVANCE COMMITTEES FOR THE FOURTH JUDICIAL DEPARTMENT, PETITIONER.

OPINION AND ORDER
Order of suspension entered.
Per Curiam
Opinion: In March 2022, the Grievance Committees applied to this Court for an order directing the respondents named on the attached list to show cause why they should not be suspended from the practice of law on the grounds that they violated Judiciary Law § 468-a and 22 NYCRR 118.1 by failing to comply with attorney registration requirements, and that they failed to respond to numerous written inquiries from the Office of Court Administration and the Grievance Committees concerning their registration delinquency. By order entered April 28, 2022, this Court directed respondents to show cause in writing on or before August 1, 2022, why they should not be suspended for failing to comply with attorney registration requirements. Respondents either failed to respond to the show cause order or otherwise failed to show cause why they should not be suspended.
The failure to comply with attorney registration requirements violates Judiciary Law § 468-a and 22 NYCRR 118.1 and constitutes conduct prejudicial to the administration of justice warranting the imposition of discipline (see Matter of Attorneys in Violation of Judiciary Law § 468-a, 54 AD3d 9, 10 [4th Dept 2008]). Accordingly, we conclude that the respondents named on the attached list should be suspended, effective immediately, and until further order of this Court.
Name Registration IDYear Admitted
Adiutori, Candace Marie3954278 2001
Ames, Sr., Peter A. 1879576 1983
Assefa, Yohannes 4064408 2002
Bains, Sachpreet Singh5304100 2015
Benigno, Anthony Michael1859222 1983
Cadin, Luke James 4980314 2012
Clarke, Hillary Gardiner2505006 1992
Cohen, Michelle Ruth2649416 1995
Colabufo, Paul John 4274197 2005
Collins, Thomas George1692052 1978
Douglas, David Colin1341122 1976
Dudeck, Joshua Lawrence4808457 2010
Dutcher, Jay Frederick2886281 1998
Feger, Karen Beth 4111456 2003
Frood, Neil Stewart 3009040 2000
Greenhouse, Andrew Alan4123766 2003
Gucciardo, John 1742170 1981
Heald, Timothy P. 2049161 1986
Herzbrun, Yonatan Shai5362025 2015
Kerwick, Ann Marie 1898543 1977
Klein, Pamela Jeanne2424166 1991
Knauf, Katharine Ruth4387049 2006
Kouwe, Robert E. 1779701 1982
Lamitie, William John2552602 1993
Lehouillier, Patric Jaymes 2259711 1975
Marzullo, Thomas G. 1842798 1983
McElroy, Melinda L. 2938298 1999
Murray, Nicola Rosemarie 4233532 2004
Odojewski (Mical),
Alison Lorraine 3055308 2000
Primo, Steven James 2003481 1985
Readling, John Anthony4206637 2004
Remmling, Marc Erik 2645778 1995
Rodriguez, Angela L.2604742 1994
Schaller, Pamela Susan4812152 2010
Tuppen, James Lawrence1603752 1978
Young, Therese A. 5360680 2015